# HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. v. ZBARAZ ET AL.

No. 85–673.   Argued November 3, 1987—Decided December 14, 1987

*Michael J. Hayes,* First Assistant Attorney General of Illinois, argued the cause for appellants. With him on the briefs for appellant Hartigan were *Neil F. Hartigan,* Attorney General, *pro se, Roma Jones Stewart,* former Solicitor General, *Shawn W. Denney,* Solicitor General, and *Rita M. Novak,* Assistant Attorney General.

*Colleen K. Connell* argued the cause for appellees. With her on the briefs were *Marc O. Beem* and *Harvey Grossman.**

---

*Briefs of *amici curiae* urging reversal were filed for the State of Nevada by *Brian McKay,* Attorney General, and *Ellen F. Whittemore,* Deputy Attorney General; for the State of Ohio et al. by *Anthony J. Celebrezze, Jr.,* Attorney General of Ohio, *David J. Kovach,* Assistant Attorney General, *Robert K. Corbin,* Attorney General of Arizona, *Linley E. Pearson,* Attorney General of Indiana, *Hubert H. Humphrey III,* Attorney General of Minnesota, *William L. Webster,* Attorney General of Missouri, and *David R. Wilkinson,* Attorney General of Utah; for Americans United for Life Legal Defense Fund by *Dennis J. Horan, Edward R. Grant, Maura K. Quinlan, Clarke D. Forsythe,* and *Ann-Louise Lohr;* for the Catholic League for Religious and Civil Rights by *Steven Frederick McDowell;* for the Family Research Council et al. by *Lynn D. Wardle;* and for the United States Catholic Conference by *John A. Liekweg* and *Mark E. Chopko.*

Briefs of *amici curiae* urging affirmance were filed for the American College of Obstetricians and Gynecologists et al. by *Benjamin W. Heineman, Jr., Carter G. Phillips, Ann E. Allen, Stephan E. Lawton,* and *Laurie R. Rockett;* for the American Psychological Association by *Donald N. Bersoff* and *David W. Ogden;* for the American Public Health Association et al. by *Patricia Hennessey* and *Dara Klassel;* for the Judicial Consent for Minors Lawyer Referral Panel et al. by *Jamie Ann Sabino;* for the

PER CURIAM.

The judgment below is affirmed by an equally divided Court.

---

National Abortion Rights Action League et al. by *Rhonda Copelon, Anne E. Simon, Nadine Taub,* and *Kathryn Kolbert;* and for Pregnant Minors Desiring Confidential Abortions in Minnesota and Massachusetts et al. by *Janet Benshoof, Lynn M. Paltrow, Rachael N. Pine, William Z. Pentelovitch,* and *John H. Henn.*

Briefs of *amici curiae* were filed for the American Life League, Inc., by *Thomas Patrick Monaghan;* for American Victims of Abortion by *James Bopp, Jr.;* and for Concerned Women for America by *Charles F. Simon* and *Jordan W. Lorence.*